SBA

FILED

*DEC 17 PH 3: 20*

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT
OF CALIFORNIA

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2   Name  Cosma-Nelms  Kini  L
        (Last)                    (First)              (Initial)

4   Prisoner Number

5   Institutional Address  W68681  Bail

7                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**

8   Kini Cosma-Nelms  CV 07  6376
    (Enter the full name of plaintiff in this action.)

10                    vs.                    Case No. _____
                                             (To be provided by the Clerk of Court)
11  STATE OF CALIFORNIA,                     SBA
12  Judge Ronald T.L. Young,                 **COMPLAINT UNDER THE**
                                             **CIVIL RIGHTS ACT,**
13  Police Sargeant Randy Bowman             **Title 42 U.S.C § 1983**
14  CiTY OF NAPA, CiTY OF SUSANViLLE         **(PR)**
    (Enter the full name of the defendant(s) in this action)
15  COUNTY OF NAPA, COUNTY OF LASSEN DOES

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*  1 - 100

17  ELTON KANTOR, KEN KANTOR
    I.      Exhaustion of Administrative Remedies.

18      [**Note:** You must exhaust your administrative remedies before your claim can go

19      forward.  The court will dismiss any unexhausted claims.]

20      A.      Place of present confinement  K.F. OREGON

21      B.      Is there a grievance procedure in this institution?

22              YES (✓)      NO ( )

23      C.      Did you present the facts in your complaint for review through the grievance

24              procedure?

25              YES (✓)      NO ( )

26      D.       If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review.  If you did not pursue a certain level of appeal,

28              explain why.

COMPLAINT                                    - 1 -

U.S. GOVERNMENT CLAIMS BOARD

1. Informal appeal    California STATE COURT

ELTON KANTOR,
KEN KANTOR,    COUNTY OF Napa, COUNTY OF
COUNTY OF PLACER, LASSEN, COUNTY OF Klamath - OREGON

4    2. First formal level    Northern District Court,

5    Eastern District Court, Calif. Supreme

6    Court, 3rd Appellate Dist Court

7    3. Second formal level    9th Court of Appeals,

8    U.S. Federal Claims Court

9    U.S. Supreme Court.    ALL

10    4. Third formal level    News media, Internet Community,

11    website http://kinispolarbear.bravehost.com

12    _____

13    E.    Is the last level to which you appealed the highest level of appeal available to

14    you?

15    YES ( )    NO (✓)

16    F.    If you did not present your claim for review through the grievance procedure,

17    explain why._____

18    _____

19    _____

20    II.    Parties.

21    A.    Write your name and your present address.  Do the same for additional plaintiffs,

22    if any.

23    Kini Cosma-NELMS P.O. Box 7643 Klamath Falls,

24    Nicholas J. Nelms (Minor) address unknown OR

25    Matthew C. Nelms (Minor) address unknown 97602

26    B.    Write the full name of each defendant, his or her official position, and his or her

27    place of employment.    FORMER    Napa County

28    ANSWERED: STATE of CA, Judge Ronald T.L. Young,
FORMER Police Sargeant (Napa, CA) Randy Bowman,

CITY OF
Napa Police
CITY OF
to Susanville
Police

COMPLAINT ELTON KANTOR-2-Trustee- EXECUTOR,
Napa County Court, Lassen County Court

1   Complaint - Attached Exhibit A

2

3

4

5   III.    Statement of Claim.

6          State here as briefly as possible the facts of your case. Be sure to describe how each

7   defendant is involved and to include dates, when possible. Do not give any legal arguments or

8   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph.

10

11  Also    Attached Exhibit A

12

13

14  The U.S. Government ransacked me that

15  includes a grand theft larceny of my

16  $100k trust estate. Every legal law,

17  moral turpitude, & biblical moral was

18  violated. The U.S. Government used fear

19  tactics & demoralized me so that I

20  would have to service American men & live

21  If you don't believe me check out

22  http://www.kinispolarbear.bravehost.com

23  IV.     Relief. where I have managed to upload Evidence

24          Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  Pay all damages - Return Estate Trust

27  Monies

28

in object
Poverty.

COMPLAINT                                    - 3 -

1 _____

2 _____

3 _____

4 _____

5 I declare under penalty of perjury that the foregoing is true and correct.

6

7 Signed this _____8ᵗʰ_____ day of ___DECEMBER__, 20_0_7

8

9                                    _____

10                                          (Plaintiff's signature)

COMPLAINT                          - 4 -

To: The Clerk of the United States District Court, Northern District of California-San Francisco Division

From: Kini Cosma-Nelms
      P.O. Box 7643
      Klamath Falls, OR 97602

Re: Priority Case Management Statement

This is primarily a request for declaratory relief regarding the enforceability of certain defaults. This case management statement alleges that the slander and libels are inherently invalid primarily because they were obtained through fraud at the state court level through inequitable conduct of the city police of Napa, California and may now have influenced the police in Klamath Falls, Oregon to use their punks to harass me. As a result of the Napa County Courts failure to reverse this illegal conviction on their own, several new reports have been filed in the Klamath County Circuit Court in Klamath Falls, Oregon. These damages will be sent to this court because they are damages that should have been foreseen by Napa County and their failure to abide by the rule of law and respect for human rights.

I had been an executive secretary since age 18. After being traumatized by the legal justice system, I tried to change professions. I graduated as an associate of the administration of justice in 1994. Immediately, after graduation, my paralegal business took off enforcing judgments. As the various discriminations have multiplied, I had also trained to be self-employed for business, horseshoeing, horse-training, welding, and automotive. However, none of these careers have been an option to provide a livelihood due to the states' illegal suspension of my driver's license.

### 1. A brief description of jurisdictional issues

In 1995, I was convicted of stalking and sex offense crimes through an illegal plea bargain. (A misdemeanor to felonies). This occurred in in the courts of Napa County, Napa, California. I have never been entitled to a legitimate appeal in that case.

I have suffered numerous hardships. The prolonged loss of my children and the consequential summary punishments have been more than I can bear. The substantial loss of assets; a rightfully inherited trust estate of $100k, real and personal property, and a valid California driver's license are more than anyone should ever have to suffer from the obscure government oversights related to this originating case. Due to the seriousness of the offenses, I am unable to become employed in any field of the workforce that I was trained for. The harassment has been more than intolerable and it is going beyond any form of legal solution. It had better stop before I am forced to take matters into my own hands.

No attorney has been available to assist me so I have had to file arduous state and federal cases at all levels of the courts in the states of California on my own (now

expanding into Oregon). All cases have been continually dismissed for "lack of jurisdiction" or unacknowledged.

After filing federal summary judgments on a timely basis (the State of California defaulted), I consolidated the cases and sent them to the Federal Claims Court in Washington, D.C under a category entitled "Failure To Pay". These cases were again dismissed for lack of jurisdiction. I have had to continue taking it to the international level for the several counts of cruel and unusual punishment that comes along with the sex offender status.

In addition, **I filed numerous reports regarding my $100k family estate trust.** The estate originated in the Napa Courts in California and consolidated at the 9th circuit court of appeals. As to date, I have not had any cooperation regarding it being returned to its rightful owner.

I do not want to have to deal with any more of your American punks or your courts of "justice"! The deep seated hatred I have of the United States and their Jews is more than I can bear. I need to move to a "jurisdiction" with the remainder of my property (my horses), where there is less filth and lucre and perjuring lies, where I can be permitted to drive legally, where I can rid myself of social security funding and be a productive citizen, where I can finally obtain proper health care that I can trust, where I will no longer be a target of harassment by the Department of Justice, where I can finally find a decent companion without the threat of separation by being illegally detained or illegally incarcerated, where I can try and start a new life and try to forget that this country ever existed so that the deep seated hatred that this nation has taught me will finally subside.

I have been cooperative at every step. If the U.S. Government will not be held accountable for these severe constitutional and civil right violations, then **I want the return of my family estate monies** so that I can be free to relocate to Canada in hopes that they can provide a safe haven for me to live out the rest of my life; where I may find it possible to live a life free from hatred, discrimination at all levels, hostility, willful ignorance and common banality.

Please direct me to a form of **affirmative action** beginning with the **return of my $100k family trust estate**. Until then I will begin to contact the embassy in Canada and submit evidence as to the misappropriations of justice, increasing damages and the pain and suffering from the inhumane treatment I have suffered by the originated case of the Napa County courts.

With all due respect,

Kini Cosma-Nelms                    Dated this 16th day of November 2007.
P.O. Box 7643
Klamath Falls, OR 97602
(541) 273-1417 or (541) 205-0104 message



11*16*07

2 . . . . 1.47
. . . . . 1.47 L
. . . . . 20.00 AT
. . . . 18.53 CG
5000   01
10.49  00

### For Purposes of Clearing Credit and Liability, Slander and Libel, and Personal I.D. Theft

Alco Iron and Metal Co.
Attn: Kem Kantor
1091 Doolittle Drive
San Leandro, CA 94577
(510) 562-1107

September 26, 2006

### SIXTH REQUEST FOR $100,000.00 MISSING

Dear Kem:

As a victim of the crime, slander and libel, and not a "deadbeat" debtor, your association with the financial abuse your dad has allowed for the **COSMA FAMILY TRUST** includes misusing and stealing the resources of, but not limited to, are as follows:

The victim being unaware of who the Power of Attorney was given, recent changes in or the creation of the trust, its funds and income, real property, papers, credit, selling assets and property accounts are still missing.

- The victims' bills have stacked up and have not been paid and have caused perplexity.

- Person(s) in charge of victim's portion of the trust fund have spent excessive amounts with increased number of checks made out to others from victims' portion of trust funds.

- The unusual, erratic, or inappropriate activity in the bank account(s) and surrounding investment(s) are uncharacteristic of the intent of the original trust.

- There have been irregularities on tax returns.

- The victim being unaware of the reasons for appointments with the bankers, attorneys, or others regarding her portion of the trust funds.

- Refusing to spend money on the victim including decent housing, business opportunities, education, and food forcing victim to have to endure cruel hardships.

- Unreasonable rules or unfair application of rules.

- The continued abusive practices to victim have been common warning signs such as:

⇒ Violent physical harm and injury
⇒ Failure to provide basic care
⇒ Unwanted sexual contact
⇒ Financial exploitation
⇒ Verbal/mental abuse
⇒ Abandonment of family members or other individuals who have been unable to look out for victim.
⇒ Voiced grievances and self-neglect that has led to harm psychological or otherwise.

Therefore, it would be in the best interest of the victim to IMMEDIATELY mail all information regarding the trust funds to:

Kini Cosma
2660 Shasta Way #4
Klamath Falls, OR 97603
http://kinispolarbear.bravehost.com
www.kini@uquestlegal.com

**Mr. Bryant G. Snee
Assistant Director Commerical Litigation Branch
Civil Division
United States Department of Justice
1100 'L' Street, NW
Washington, DC 20530
Telephone: (202) 616-0315
or Facsimile: (202) 514-8624

Cc: Equifax Experian Fraud Victim Assistance Division Fraud Victim Assistance Division
P.O. Box 740241 P.O. Box 9530
Atlanta, GA 30374-0241
Allen, TX 75013

Trans Union Attorney General's Consumer Hotline Fraud Victim Assistance Division
Financial Fraud and Consumer Protection Section
P.O. Box 6790 1162 Court Street, NE
Fullerton, CA 92634

Trans Union Attorney General's Consumer Hotline Fraud Victim Assistance Division

Salem, OR 973011(877) 844-9392

Consumer Sentinel Project Team
600 Pennsylvania Ave., NW
Washington, DC 20580

Securities and Exchange Commission if believed that someone has tampered with securities or brokerage accounts

The Federal Trade Commission is available to help through its I.D.

Theft Hotline. www.consumer.gov/idtheft/recovering_idt.html#9
www.ftc.gov www.consumer.gov/idtheft

Kini Cosma-Nelms
1067 Main Street #5
Susanville, CA 96130
(530) 251-5702

THE UNITED STATES COURT OF APPEALS

IN THE NINTH CIRCUIT

STATE OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LILLIAN P. COSMA       )<br>             Deceased,    )<br>                      )<br>Kini Cosma-Nelms,        )<br>         Petitioner/Beneficiary,  )<br>                      )<br>vs.                      )<br>                      )<br>ELTON KANTOR,           )<br>       Respondent/Executor.   )<br>_____) | CASE NO.: 98-0618 SBA<br><br>PETITIONER'S AFFIDAVIT<br>UNDER SEAL<br><br>CIRCUIT RULE 27-13 |

Pursuant to Federal Rules of Appeal Procedure, Circuit Rule 27-13, petitioner submits this attached affidavit under seal for the protection of the Cosma Trust on the grounds of a conflict of interest.

Dated: __December 11, 1998__     _____
                                  Kini Cosma-Nelms

1   1067 Main Street #5
    Susanville, CA 96130
2   (530) 251-5702

3   Kini Cosma-Nelms
    In Propria Persona
4

5                  THE SUPERIOR COURT OF LASSEN COUNTY

6                          STATE OF CALIFORNIA

7

8   ESTATE OF LILLIAN P. COSMA          )
                 Deceased,              )        CASE NO.:
9                                       )
    Kini Cosma-Nelms,                   )        PETITION FOR SUSPENSION
10            Petitioner/Beneficiary,   )        OF POWERS AND REMOVAL OF
                                        )        EXECUTOR: AND FOR
11  vs.                                 )        APPOINTMENT OF SPECIAL
                                        )        ADMINISTRATOR
12  ELTON KANTOR,                       )        (CALIFORNIA PROBATE CODE
              Respondent/Executor.      )        SECTION 8500 ET. SEQ.)
                                        )
13

14          Petitioner, Kini Cosma-Nelms, requests this Court to revoke its letters

15  testamentary issued to Elton Kantor as Executor of the will of

16  Lillian P. Cosma, deceased.  This petition is based on the following facts:

            Petitioner, born March 1, 1957, is the natural child of the descendent
17
    who died March 1, 1997.  Under the terms of descendent's will, petitioner is
18
    an heir and a beneficiary of the trust of descendent's residuary estate.
19

20                                      I.

21          Petitioner is informed and believes that the above-named executor has

22  the inability to properly execute the duties appointed to him, respectively:

23          i)    To recover and keep in control property belonging to the estate.

24          ii)   To marshal and inventory assets.

25          iii)  To file with the Court inventory and appraisal reports and or

                  within allowable time periods.

                                      - 1

# LEGAL RESEARCH AND WRITING EXERCISED-PART 1

Letter to President Clinton, ♦Notice of Appeal (Napa Superior Ct)♦Motion For the Appointment of Counsel on Appeal (Napa Superior Ct.) ♦Notice of Motion & Motion For Bail or Release on Own Recognizance Pending Appeal (Napa Superior Ct.) ♦Declaration In Support of Petition For Writ of Prohibition (Napa Superior Ct.) ♦BPT Appeal-Motion To Recall Commitment & Sentence ♦Notice of Motion/Memorandum of Pt. & Author. To Recall Commitment & Sentence (C.A. Ct. of Appeal, 1st Dist.) ♦Motion To Recall Commitment & Sentence (Napa Superior Ct.) ♦Application For Preliminary Relief (C.A. Eastern Dist. Ct) ♦Supplemental Memorandum of Points & Authorities For Application For Preliminary Relief (C.A. Eastern Dist. Ct.) ♦Declaration In Support of Application For Preliminary Relief (C.A. Eastern Dist. Ct) ♦Notice of Appeal (Placer County Superior Ct.-Juvenile) ♦Petition For Extraordinary Writ-Juvenile (Placer County Superior Ct.) ♦Petition For Disclosure of Juvenile Ct. Records (Placer County Superior Ct.) ♦ Petition for Writ of Habeas Corpus (C.A. Supreme Ct.) ♦Petition For Writ of Mandate/Prohibition (Placer County Superior Ct.) ♦Late Petition For Rehearing (9th Cir) ♦Petition For Extraordinary Writ (Juvenile Dependency)(C.A. 3rd App. Dist. Ct.) ♦Complaint Under The Civil Rights Act-§1983 (C.A. Northern Dist. Ct.) ♦Request For Reconsideration And/Or Application For Relief (C.A. Northern Dist. Ct.) ♦Second Amended Complaint Under the Civil Rights Act -§1983 (C.A. Eastern Dist. Ct.) ♦Request For Reconsideration and/or Application For Relief And Expunction(C.A. Eastern Dist. Ct) ♦Motion For The Appointment of Counsel On Appeal (C.A. Northern Dist. Ct.) ♦Amended Complaint Under The Civil Rights Act-§1983 (C.A. Northern Dist. Ct.) ♦Notice of Notice of Motion/Memorandum of Pts. & Auth. of Partial Summary Judgment of Second Amended Complaint Under Civil Rights Act (FRCP, Rule 56) <Cruel & Unusual Punishment> (C.A. Eastern Dist. Ct.) ♦Motion For Reconsideration (C.A. Northern Dist. Ct.) ♦Notice of Appeal (C.A. Northern Dist. Ct.) ♦Motion To Expedite (9th Cir.) ♦Petition For Change of Custody and To Terminate Jurisdiction (W.I.C.§387(b), §388,§778; Rule 1391(c),1393) (Placer County Superior Court) ♦Memorandum of Points and Authorities In Support of Petition For Change of Custody and To Terminate Jurisdiction (W.I.C. §387(b),§388,§778;Rule 1391(c), 1393) ♦Motion To Disqualify Public Defenders Office (Placer County Superior Court) ♦First Set of Interrogatories By Defendant (Placer County Superior Court) ♦Request For Extension of Time (9th Cir.) ♦Motion For Leave To Proceed on Appeal in Forma Pauperis (9th Cir.) ♦Motion To Compel Lodging of Answers To Admissions Propounded By Appellees (9th Cir.) ♦Notice of Appeal (C.A. Eastern Dist. Ct.) ♦Motion/Memorandum of Pts. & Auth. of Partial Summary Judgment of Second Amended Complaint Under Civil Rights Act (FRCP, Rule 56) <False Imprisonment>(C.A. Eastern Dist. Ct.) ♦Emergency Motion Under Circuit Rule 27-3 (9th Cir) ♦Notice of Appeal (28 U.S.C.§1291) C.A. Eastern Dist. ♦Appellant's Opening Brief (9th Cir. Ct. of Appeals) ♦Motion For Appointment of Counsel

(9th Cir) ◆Petition For Rehearing (FRAP 40)(9th Cir) of Appeal (C.A. Northern Dist. Ct.) ◆Notice of Appeal (Placer County Superior ◆Amended Notice Ct.-Juvenile) ◆Informal Brief (9th Cir.) ◆Motion To File A Late Petition For Rehearing (FRAP 40)(9th Cir) ◆Appellant's Affidavit of Governmental Interference (9th Cir.) ◆Petition For Division Of Testamentary Trust And For Transfer Of Jurisdiction Of Estate (C.A. Probate Code §§15412,16004 et.al.) (9th Cir.) ◆Memorandum of Points And Authorities In Support of Petition For Division And Transfer Of Estate Jurisdiction (9th Cir) ◆Petitioner's Affidavit Under Seal (Circuit Rule 27-13) (9th Cir.) ◆Petition For Suspension Of Powers And Removal of Executor: And For Appointment Of Special Administrator (C.A. Probate Code §8500 et. seq.) ◆Memorandum of Points and Authorities In Support Of Petition For Suspension Of Powers And Removal of Executor; And For Appointment of Special Administrator (Lassen County Superior Ct.) ◆Plaintiff's Affidavit of Government Interference (9th Cir) ◆Affidavit (9th Cir.) ◆Notice of Appeal (C.A. Eastern Dist.) ◆Supplemental Affidavit I of Petition For Division of Testamentary Trust And For Transfer Of Jurisdiction of Estate (C.A. Probate Code §15412, et. al.) (9th Cir.) ◆◆Second Request-Motion To Compel Lodging of Documents and Physical Exhibits (FRAP 11(b), 27)(9th Cir.) ◆Motion For Consolidation of Related Appeals (9th Cir.) ◆Excerpt From Appellant's Partial Summary Judgment From Eastern District Court Case No.: CV-F-97-5994 (9th Cir.) ◆Motion To Recall The Mandate (9th Cir) ◆Petition For Habeas Corpus-3rd Request (9th Cir) ◆Additional Five Affidavit (9th Cir.) ◆Notice of Appeal (C.A. Eastern Dist. Ct.) ◆Additional Five I Affidavit (9th Cir.) ◆Petition For Review (Juvenile Dependency) (C.A. Supreme Ct) ◆BPT Appeal ◆Supplemental Claim (9th Cir) ◆Petition For Writ Of Habeas Corpus (San Joaquin County Superior Ct) ◆Amendment of Does and Addition To Claim (9th Cir) ◆

## LEGAL RESEARCH AND WRITING EXERCISED-PART 2

Grievance letters to various agencies and Coldwell Banker, Susanville Police Department, Lassen County Grand Jury, County of Lassen Department of Community Development and Lassen County District Attorney -dated 11/21/00; 1/15/01; 9/30/01; 10/27/01; 1/9/02; 2/10/02; 3/25/02; 4/27/02; 5/21/02;◆ Malicious Prosecution (Lassen County Superior Court-Case No. CR018285 "infraction" dated 3/27/02◆ Notice of Appeal/Application For Certificate of Probable Cause dated 8/5/02◆ Petition To Appeal (3rd Appellate District/Eastern District Court) dated 8/15/02◆ Application To Proceed IFP dated 7/25/02◆ 42 USC §1983 Complaint under the Federal Civil Rights Act; 42 USC §3612, §§810, 812 dated 8/13/02◆ Motion for Appointment of Counsel dated 8/13/02◆ Motion for Preliminary Injunction dated 7/22/02◆ Objections To Findings and Recommendations dated 8/29/02◆ 1st Amended Complaint dated 9/13/02◆ Summary Judgment in the form of a Second Amended Complaint dated 11/1/02◆ Objections To Magistrate Judge's Findings and Recommendations/ Statement of Undisputed Facts dated 12/16/02◆ Affidavit/work history/resumes dated 1/2/03 (Includes Coldwell Banker tenant lease agreement/parole

conditions)◆        Request For Admissions from Susanville Police Department dated 11/7/02◆        Request For Admissions from Coldwell Banker dated 11/6/02◆ Request For Admissions from County of Lassen Department of Community Development dated 11/1/02◆        Request For Admissions from Elton Kantor dated 11/5/02◆ Request For Admissions from City of Napa Police Department dated 11/6/02◆        Notice of Appeal to the 9th Cir dated 1/9/03◆        Motion For Appointment of Counsel to Alan dated 1/31/03◆        Appellant files informal brief (9th Cir) dated 2/4/03◆        Notice of Motion For Production of Transcripts/Memorandum of Points and Authorities-(Lassen Superior Ct) dated 2/14/03◆        Unlawful Detainer filed on Nelms dated 12/20/02 based on anonymous phone calls orchestrated by County of Lassen Department of Community Development (Lassen Superior Court)◆        Notice of Trial 2/18/03◆        Answer filed by Nelms 1/7/03 (Lassen Superior Court)◆        Nelms files Trial Declaration in Lieu of Appearance dated February 14, 2003 (Lassen Superior Court)◆        Defendant's Affidavit Under Seal dated 2/14/03 (Lassen Superior Court)◆ Application and Declaration For Stay of Eviction dated 2/26/03 (Lassen Superior Court)◆        Notice of Appeal in Unlawful Detainer action dated 2/28/03 (Lassen Superior Court)◆        Notice of Appeal and Notice To Prepare Clerk's Transcript dated 2/26/03 (Lassen Superior Court)◆        Motion To Unseal dated 2/14/03 (Lassen Superior Court)◆        Malicious Prosecution complaint filed for "intending to cheat and defraud" dated 2/24/03 (Lassen Superior Court)◆ 3/2/03 Nelms was picked up on arrest warrant/released 3/5/03◆        4/1/03 "cheat and defraud" case dismissed (Lassen Superior Court)◆        Letter sent to Nelms or Possession of Stolen Mail/Credit Card Fraud dated 4/17/03◆

# U.S. REPRESENTATIVES
# HAVE IGNORED AND
# REFUSE TO BE ACCOUNTABLE

## UPDATED DEMAND FOR COSTS

1)    Compensatory &Loss of Earnings From Paralegal Business & Other Prospective Projects & Opportunities Grant writing, expantion of business (private investigator license, law degree via C.A. Business Code §6060, publishing of two books): $20,000 Year X 6 Year Loss: $120,000 plus interest allowed by law♦$50/hr.: $96,000 Year X 6 Year Loss: $576,000 plus interest allowed by law.

2)    $1,000,000 Life Insurance Policy approved through Wells Fargo.

3)    $15,000 Ea Life Insurance Policies For Nicholas & Matthew (Gerbers)

4)    Three Storages of sentimental and household goods-Public Storage on Industrial Way in Napa, Public Storage in Sacramento County, apartment in Susanville during violation of parole in 1998 on trumped up charges.

5)    $700 Camcorder-Brand new♦$3,000 Chrysler LeBaron Automobile (1987)♦Expensive clothing, jewelry, legal documents, family and baby photos, household goods and children's toys, $500 deposit+14 day accountability costs, $5,000 586/Pentium state-of-art computer, printer, and software, 1979 CVCC Honda, tool collection, law books and other business reference books, office supplies, stamp collection, washer/dryer, HUD contract, Nelms vs. Lamplighter Lounge lawsuit pending in the Napa Municipal Court, U.S. Bank & Wells Fargo Bank establishments, Capital One Visa Card, Wells Fargo Bank Master Card, Macy's Credit Card, Circuit City Credit Card, Mervyn's Credit Card, Montgomery Ward Credit Card, Discover Credit Card, other miscellaneous sentimental religious remnants

6)    Outstanding debts to telephone companies in emergency attempts to seek legal assistance from this mockery of justice.-Pacific Bell (916)889-9732; (916) 883-4052; Citizens (530) 257-0512; MobilNet Cell Phone; Pager:

7)    Possible copyright infringement on my book Feelings A Through Z-Another Look At the Armour of God by the makers of Powerpuff Girls.

8)    Appeal Fee paid 12/7/99 CV-F-97-5994-OWW: $105.00

9)    Postage and copy costs for 1999: $850.00

10)    Postage and copy costs for 2000: $563.74

## Summary

Police and Parole Officer Misconduct: Danger To Community and Civil Conspiracy, Promoting and encouraging further injustice to public at large♦Defamation of Character♦ False Reports ♦Slander♦False Light♦Harassment♦ Interference With The Exercise Of Civil Rights ♦Interference With Third Party Prospective Economic Advantage♦Discrimination♦False Light♦Retaliation♦Malicious Prosecution/Abuse of Discretion of the Courts/Apparent Injustice and Oppressive Hardship/Denial of Due Process: Procrastination and Speedy Trial♦ Illegal Plea Bargain (Entering Plea Voluntarily and Intelligently)♦Duress/Undue Influence/Induced Perjury♦ Circumstances of Mitigation/Sentencing Choice (Sentence Based On Erroneous Information)♦Notice and Conditions of Probation (Unconstitutionally Vague)♦Never Advised of the Right To Appeal/Ignorant of Appellate Procedures♦Parole Period Provided By For Law (Unconstitutional)♦Violations of Double Jeopardy Rules of Law♦ Life-Time Sex Offender/Enhancement Charge♦Violations of Reunification Services (Juvenile Dependency)♦Obstruction of Justice♦Violations of Fast Track Procedure, Relief, Defaults, and Expunction Of All Erroneous Records♦Cruel and Unusual Punishment: Jail Conditions♦ Environmental Tobacco Smoke♦Excessive mental and emotional distress and nervousness

♦Banishment: Law Library and Access To Courts♦Displacement in a remote and isolated area of Northern California♦Legal Malpractice and The Right to Effective Counsel♦ False Imprisonment: Kini Nelms, Nicholas Nelms, Matthew Nelms ♦Freedom of Expression♦Bible studies and other correspondence through the mail (The Armour of G-d-Possibly copyright infringement)♦Invasion of Privacy: DNA testing♦ Urinanalysis♦Mental Health Treatment and Misdiagnoses♦Failure To Protect and Loss of Consortium♦Another property loss of $9,000-General Compensation, pain and suffering in the amount of $25,000,000.00♦$150 DishNet-Breach of contract♦Complaint filed 2/13/98 (C ° 98-0618 BZ) C.A. Northern District Ct.♦Police Misconduct: $50,000♦ Harassment: $50,000♦Interference with the Exercise of Civil Rights♦Interference with Third Party Prospective Economic Advantage: $100,000♦Discrimination: $50,000♦Government Retaliation: $75,000♦Jail Conditions: $50,000♦Malicious Prosecution: $100,000♦Abuse of Discretion of the Napa Municipal-Superior Court: $100,000♦Ineffective Counsel/Malpractice $50,000♦False Imprisonment: $5,000,000 (Kini Nelms)♦False Reports: $100,000♦Defamation: $100,000♦False Light: $100,000♦Civil Conspiracy: $100,000 ♦Damages: Unspecified compensatory, punitive, general, special♦Fees: Attorney and paraprofessional fees Amended Complaint (C-96-0618 SBA (PR)) filed 6/8/98-C.A. Northern District Court: Malicious Prosecution: $100,000.00♦Abuse of Discretion: $100,000.00♦Ineffective Counsel/Malpractice: $50,000.00♦False Imprisonment Of Nicholas and Matthew Nelms: $5,000,000.00♦A published and broadcasted retraction in the cities of Napa, Auburn, Fresno.♦Any further threats and/or frivolous prosecution intended as malicious and is reasonably related to any issues of these causes of action, and/or retalitory, and/or used as an arbitrary process intended to detour, impede, or obstruct judicial fairness and/or negotiable leverage: $2,500,000.00♦Complaint filed 5/20/98 (CV-F-97-5994-OWW-SMS-P) C.A. Eastern District Ct: Cruel and Unusual Punishment: $50.00 per day since July 3, 1997♦Retaliation: $50.00 per day since July 3, 1997♦False Imprisonment: Nicholas and Matthew Nelms $5,000,000.00 and $50.00 per hour beginning May 20, 1998.♦Relief and Expunction Of All Erroneous Records♦ Compensatory, punitive, general, special♦Fees: Attorney and Paraprofessional fees.♦Summary Judgment filed on July 1, 1998: Cruel and Unusual Punishment in the form of Environmental Tobacco Smoke♦Summary Judgment filed on September 16, 1998: False Imprisonment-Also includes>Sex Offender Charge♦ Parole Period, Vague and unconstitutional probation and parole conditions♦ voluntary and intelligent waiver♦ retaliation♦Access to law library♦Appellants Opening Brief filed on or about 10/14/8 (9th Cir): Jail Conditions♦Malicious Prosecution/Retaliation♦Abuse of Discretion♦The Right To Effective Counsel♦Defamation♦ False Imprisonment♦Civil Rights Act, 1st Amendment, 5th Amendment, 6th Amendment, 8th Amendment, 14th Amendment,♦Cosma Family Trust $197,500.00 Liquidated Cash $225,000.00 Lakeside property ♦Amendment of Does and Addition To Claim filed 2/10/99 (9th Cir.)♦Repeated: (Northern District Court): Harassment: $50,000♦Discrimination: $50,000♦Government Retaliation: $75,000♦Jail Conditions: $50,000♦Malicious Prosecution/ Abuse of Discretion of the Napa Municipal-Superior Court: $100,000♦Ineffective Counsel/Malpractice: $50,000♦False Reports: $100,000♦Defamation: $100,000♦False Light: $100,000♦Civil Conspiracy: False Imprisonment: $5,000,000.00 (Kini Nelms)♦Repeated: (Eastern District Court): Harassment: $50,000 ♦Discrimination: $50,000♦Government Retaliation: $75,000♦Abuse of Discretion of the Placer County Courts: $100,000♦Ineffective Counsel/Malpractice $500,000.00♦False Imprisonment of Kini Nelms, Nicholas Nelms, Matthew Nelms $10,000,000.00♦Environmental Tobacco Smoke $50/day since 7/3/97♦Additional compensatory, punitive, mental and emotional damages, and further pain and suffering for an additional amount of $5,000,000♦Cosma Family Testamentary Trust filed on or about 12/11/98 (9th Cir.): Breach of trust♦Conflict of Interest♦Suspension of Power of Executor/Trustee: $197,500.00 Liquidated Cash♦$225,000.00 Lakeside property ♦Supplemental Claim filed 10/7/99 (9th Cir.): The violation of parole. ♦Failure to Protect♦A Loss Of Consortium♦Property loss of $9,000♦General compensation, pain and suffering in the amount of $25,000,000.00.

<u>VOLUME I</u>

<u>**Page No.**</u>

Motion For the Appoint of Counsel     **7/11/97**

Notice of Mot & Mot for Bail or
Release on Own Rec Pending
Appeal     **7/11/97**

Chief of Classification Service     **9/2/97**

Appli For PrelimRelief     **11/12/97**
Supporting Declaration
(Other Corres  for Prison
Adminis Remedies)Chron
of Events at VSPW     **7/3/97-1/3/97**
InmateParolee Appeals
Screening Notice-     **11/14/97**
Prison Appeal-     **10/27/97**
Supplement To: Motion To
Recall Commitment and
Sentence-     **10/28/97**
**Proof of Service to various
agencies and attorneys**

Appeal dismissal by BPT

Petition For Writ of
Habeas Corpus-San Joaquin
Parole violation-     **10/13/97**

Expediated Consideration
Notice of Motion To Recall
Commitment and
Sentence     **10-16-97**
Memorandum of Points and
Authorites In Support of
Motion to Recall Commitment
And Sentence-

Notice of Appeal-Placer
Juvenile-     **11/20/97**
3rd Appellate Dist

| | |
|---|---|
| Pet. for Disclosure of Juvenile Court Records | **11/27/97** |
| Notice of Intent To File Writ Pet & Req For Rec | **11/27/97** |
| Pet. For Extraordinary Writ | **11/27/97** |
| Petition For Writ of Habeas Corpus-Chronology | **12/22/97** |
| Chronology of all actions & to Agencies sent | **1/7/97-6/4/98** |
| Late Petition For Rehear. w/ Exhibits-28 U.S.C. 2254; FRAP 40 | **1/7/98** |
| Complaint Under the Civil Rights Act- | **2/13/98** |
| Pet. For Extraordinary Writ- | **2/23/98** |
| Pet. For Writ of Mandate/Prohibition | **5/7/98** |
| Request For Reconsid. and/or Applic. for Relief | **5/13/98** |
| 2nd Amend. Complaint Under Civil-42 USC §1983 | **5/20/98** |
| Motion For Appt. of Counsel on Appeal | **6/2/98-** |
| Cronology and Agencies Sent to | |
| Request For Reconsid/ Applica For Relief & Expunction | **5/20/98** |
| Judges Order-Denied | |

Amended Complaint Under
the Civil Rigtss 42 USC§1983                    6/4/98

Notice of Appeal 28 USC 636                     7/17/98

Mot For Recon Juv Civil Rights-                 7/17/98
FRCP Rules 59(e), 60(b)

Not of Mot for Partial Summ Jud.
Civil Rights                                    9/16/98

Not of Mot for Partial Summ Jud.
Civil Rights                                    7/1/98

## VOLUME II

**Page**

Motion To Expedite                              7/22/98

Pet For Change of Custody
& to Terminate Juris                            8/25/98

Req. For Extension of Time-Juvenile             9/2/98

Notice of Appeal                                9/14/98

Motion For Summary Adjudication
as Premature

Emergency Motion-                               9/30/98

Motion To Recall the Mandate                    9/30/98

Notice of Appeal                                10/14/98

Motion For Summary Adjudication
As Premature

Appellant's Opening Brief-9th Circuit           10/14/98

Motion For Appointment Of Counsel               11/16/98

Petition For Rehearing                          11/20/98

| | |
|---|---|
| Amended Notice of Appeal | **11/19/98** |
| Notice of Appeal-Juvenile | **11/23/98** |
| Informal Brief-9th Cir | **12/3/98** |
| Appellant's Affidavit of<br>Governmental Interference | **12/11/98** |
| Plaint. Affidavits of Govern<br>Interference - | **1/7/99** |
| Mot To Compel Lodging<br>of Answers to Admissions | **2/3/99** |
| 2nd Req-Mot To Compel<br>Lodging of Documents &<br>Phy. Exhibits- | **2/8/99** |
| Affidavit | **2/8/99** |
| Mot For Consolidation of Related Appeals | **2/8/99** |
| Notice of Appeal | **2/8/99** |
| Amend of Does & Addition To Claim | **2/10/99** |
| Pet. For Habeas Corpus<br>Third Request-Juvenile | **3/8/99** |
| Petition For Review Juvenile-<br>CA Supreme Ct. | **8/18/99** |
| Excerpt From Appellants Partial<br>Summ Judge-9th | **3/8/99** |
| Notice of Appeal | **5/20/99** |
| Supplemental Claim | **10/7/99** |



Kini Cosma
2660 Shasta Way #4
Klamath Falls, OR 97603
http://kinispolarbear.bravehost.com
Kini@uquestlegal.com

**RECEIVED**

MAR 2 3 2007

MUNICIPAL COURT

MUNICIPAL COURT OF THE CITY OF KLAMATH FALLS,
STATE OF OREGON

CITY OF KLAMATH FALLS,      )      CASE NO.: 06-10002506
    STATE OF OREGON,      )      CITATION: 79135
                   )      DOCKET: 0610002506
        Plaintiff,      )
                   )      NOTICE OF APPEAL
    Vs.      )
                   )
Kini Cosma,      )
                   )
        Defendant.      )
_____ )

TO: THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that the above-named defendant, appellant does hereby appeal to the **CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF KLAMATH 13TH JUDICIAL DISTRICT** from the final judgment(s) rendered in this action on or about February 21, 2007 on the above related matters before the court.

This appeal will be based on all, but not limited to, defendant's demurrer to complaint, supporting documents, records, reports, memorandum of points and authorities, declarations, and sworn testimonies of all associated proceedings and matters presented to the court.

The grounds and issues in this case will include, but not be limited to:
1.    Defendant was denied access to the courts in the State of California.
2.    Defendant was denied access to administrative hearings in the State of California.
3.    Defendant/appellant presented evidence that showed reasonable doubt that her driver's license was suspended.
4.    Fundamental fairness of obscure government oversights that include omitting to enforce judicial protection and the duty to amend discriminatory norms, practices and policies.
5.    Illegal irregularities and inconsistencies of the State California courts