

Kim Cosma
P.O. Box 7643
Klamath Falls, OR 97602

RECEIVED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. District Court
Northern Dist of Calif
450 Golden Gate Ave
San Francisco, CA 94102

KLAMATH FALLS OR
DEC 10 '07
PB METER
U.S. POSTAGE
1.48