FILED
07 DEC 17 PM 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kini Cosma-Nelms,
Plaintiff,

vs.

County of Napa, et al,
Defendant.

CV 07 6376

CASE NO. ____________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

SBA

(PR)

I, Kini Cosma-Nelms, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________

______________________________

______________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No ___

b. Income from stocks, bonds, or royalties? Yes ___ No ___

c. Rent payments? Yes ___ No ___

d. Pensions, annuities, or life insurance payments? Yes ___ No ___

e. Federal or State welfare payments, Social Security or other government source? Food Stamps $99 Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

$681.00 + $99

______________________________

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? ?. Yes ___ No ✓

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No ✓

Make __________ Year __________ Model __________

Is it financed? Yes _____ No ✓ If so, Total due: $__________

Monthly Payment: $__________

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: U.S Bank

______________________________________________

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✓ Amount: $__________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ___

Three wild horses, now gentled

8. What are your monthly expenses?

Rent: $ 200.00 Utilities: $30

Food: $ 99.00 Clothing: $200

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

GIVE ME MY FUCKING MONEY.

GIVE ME MY FUCKING MONEY YOU DIRTY FILTHY SCUM BAGS

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

You have a debt to Society & This Earth
MAY GOD pay for your dirty debt

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

ATTAChed

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/9/07 — DATE

[signature] — SIGNATURE OF APPLICANT

I HAVE PAID ENOUGH OF YOUR EVIL FILTHY FEES. GIVE ME my FUCKING MONEY SO I CAN LEAVE THIS FUCKING COUNTRY

**Case Number: ____________________**

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ______________________________ for the last six months
[prisoner name]
______________________________________ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____________ and the average balance in the prisoner's account each month for the most recent 6-month period was $_______________.

Dated:_____________ ____________________________________
[Authorized officer of the institution]