*FILED*

*07 DEC 17 PM 3: 20*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10          Kini Cosma- Nelus              **C V  0 7           6 8 7 6**

11                                          CASE NO. _____
                  Plaintiff,

12          vs.                             **PRISONER'S**
                                            **APPLICATION TO PROCEED**
13          Count of Napa, Et Al            **IN FORMA PAUPERIS    SBA**

14                          Defendant.

15

16          I, ___Kini Cosma - Nelus___, declare, under penalty of perjury that I am **(PR)**

17     plaintiff in the above entitled case and that the information I offer throughout this application

18     is true and correct. I offer this application in support of my request to proceed without being

19     required to prepay the full amount of fees, costs or give security. I state that because of my

20     poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21     entitled to relief.

22          In support of this application, I provide the following information:

23     1.     Are you presently employed? Yes _____ No __✓__

24     If your answer is "yes," state both your gross and net salary or wages per month, and give the

25     name and address of your employer:

26     Gross: _____ Net: _____

27     Employer: _____

28     _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.     Business, Profession or                    Yes _____ No _____

10            self employment

11     b.     Income from stocks, bonds,                  Yes _____ No _____

12            or royalties?

13     c.     Rent payments?                              Yes _____ No _____

14     d.     Pensions, annuities, or                     Yes _____ No _____

15            life insurance payments?

16     e.     Federal or State welfare payments,          Yes ✓ No _____

17            Social Security or other govern-

18            ment source?        Food Stamps $99

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____$681⁰⁰_____+_____$99_____

22  _____

23  3.     Are you married?                               Yes _____ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.     a.     List amount you contribute to your spouse's support:$ _____

1
2    b.    List the persons other than your spouse who are dependent upon you for
3         support and indicate how much you contribute toward their support. (NOTE:
4         For minor children, list only their initials and ages. DO NOT INCLUDE
5         THEIR NAMES.).
6    _____
7    _____
8    5.    Do you own or are you buying a home?  ?,  Yes ____ No ✓
9    Estimated Market Value: $_____ Amount of Mortgage: $_____
10   6.    Do you own an automobile?        Yes ____ No ✓
11   Make _____ Year _____ Model _____
12   Is it financed? Yes _____ No ✓ If so, Total due: $ _____
13   Monthly Payment: $ _____
14   7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
15   Name(s) and address(es) of bank: __U.S Bank_____
16   _____
17   Present balance(s): $ ___0_____
18   Do you own any cash? Yes ____ No ✓ Amount: $ _____
19   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
20   market value.) Yes ✓ No ____
21   _____Three wild horses, now gentled_____
22   8.    What are your monthly expenses?
23   Rent: $ 200°°_____ Utilities: ____$30_____
24   Food: $ 99°°_____ Clothing: ___$200_____
25   Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

GIVE ME MY FUCKING MONEY.
GIVE ME MY FUCKING MONEY
YOU DIRTY FILTHY SCUM BAGS

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_You have a debt to Society & This Earth_
_MAY GOD pay for your dirty deeds_

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

ATTACHED

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/9/07                    [signature]
DATE                    SIGNATURE OF APPLICANT


I HAVE PAID ENOUGH OF YOUR EVIL FILTHY FEES. GIVE ME MY FUCKING MONEY SO I CAN LEAVE THIS FUCKING COUNTRY

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
[Authorized officer of the institution]

- 5 -