Kini Cosma-Nelus
P.O. Box 7643
Klamath Falls, OR 97602

**FILED**
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|                        |   |                                    |
|------------------------|---|------------------------------------|
| Plaintiff,             | ) | CASE NO. _____            |
| vs.                    | ) | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant.             | ) |                                    |

SBA
(PR)

I, __Kini Cosma-Nelus__ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

|   |   |   |
|---|---|---|
| a. | Business, Profession or self employment | Yes ___ No ✓ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ No ✓ |
| c. | Rent payments? | Yes ___ No ✓ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ No ✓ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ✓ No ___ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____Social Security    $694.00_____

_____Food Stamps        $ 98.00_____

3. Are you married?    Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5    _____
6    _____
7    5.    Do you own or are you buying a home?    Yes ___  No ✓
8    Estimated Market Value: $_____  Amount of Mortgage: $_____
9    6.    Do you own an automobile?    Yes ___  No ✓
10   Make ____1984____ Year _____ Model _____   *Broken down*
11   Is it financed? Yes ___ No ___ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
14   Name(s) and address(es) of bank: ___U.S Bank___
15   _____
16   Present balance(s): $ 0
17   Do you own any cash? Yes ___ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ✓ No ___
20   ___3 horses___
21   8.    What are your monthly expenses?
22   Rent: $ 260.00          Utilities: $150.00
23   Food: $ 100             Clothing: 25.00
24   Charge Accounts:
25   Name of Account          Monthly Payment          Total Owed on This Acct.
26   City of Klamath          $ 45.00                  $ 350
27   Falls                    $ _____             $ _____
28   _____               $ _____             $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_DMV Calif Dept of Motor Vehicles_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Attached_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_1/18/08_  
DATE

[signature]  
SIGNATURE OF APPLICANT

```
 1
 2                                                    Case Number: _____
 3
 4
 5
 6
 7
 8                           CERTIFICATE OF FUNDS
 9                                    IN
10                           PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                            [prisoner name]
14  _____ where (s)he is confined.
         [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
                                                [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```