IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINI COSMA-NELMS,

    Plaintiff,

 v.

STATE OF CALIFORNIA, et al.,

    Defendants.
                                        /

No. C 07-06376 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

     Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. In an Order dated February 27, 2008, the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Court informed him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

     Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall close the file.

     IT IS SO ORDERED.

DATED: 5/29/08

                                                       SAUNDRA BROWN ARMSTRONG
                                                       United States District Judge

P:\PRO-SE\SBA\CR.07\Nelms6376.DISIFP.frm

1
2  UNITED STATES DISTRICT COURT
3  FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7  KINI COSMA-NELMS,                                Case Number: CV07-06376 SBA
8          Plaintiff,                               **CERTIFICATE OF SERVICE**
9    v.
10 STATE OF CA et al,
11         Defendant.
12

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kini Cosma-Nelms W68681
P.O. Box 7643
Klamath Falls, OR 97602

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Nelms6376.DISIFP.frm  2