IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINI COSMA-NELMS,　　　　　　　　　　　　　No. C 07-06376 SBA (PR)

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**JUDGMENT**

　　v.

STATE OF CALIFORNIA, et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　/

　　　The Court has dismissed this action without prejudice because Plaintiff failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall terminate all pending motions and close the file.

　　　IT IS SO ORDERED.

DATED: 5/29/08　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.07\Nelms6376.Jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINI COSMA-NELMS,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF CA et al,<br><br>      Defendant. | Case Number: CV07-06376 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kini  Cosma-Nelms W68681
P.O. Box 7643
Klamath Falls,  OR 97602

Dated: May 30, 2008

                                 Richard W. Wieking, Clerk
                                 By: LISA R CLARK, Deputy Clerk