Kini Cosma
P.O. Box 7643
Klamath Falls, OR 97602
(541) 273-1417
http://kinispolarbear.bravehost.com

**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES COURT
NORTHERN DISTRICT OF CALIFORNIA
TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Kini Nelms (aka Cosma-Nelms)

vs.

THE PEOPLE OF THE UNITED STATES OF AMERICA,
THE CITY OF NAPA POLICE DEPARTMENT,
UNITED STATES DISTRICT COURT-EASTERN
DISTRICT OF CALIFORNIA, FORMER CITY
SERGEANT POLICE OFFICER RANDY **BOWMAN**,
COUNTY OF NAPA SUPERIOR COURT, FORMER
NAPA COUNTY JUDGE RONALD T.L. YOUNG,
STATE OF CALIFORNIA, SUSANVILLE POLICE
DEPARTMENT, LASSEN COUNTY CONSOLIDATED
JUDICIAL DISTRICT SUPERIOR COURT, COUNTY OF
LASSEN DEPARTMENT OF COMMUNITY DEVELOPMENT,
COLDWELL BANKER, INC. AKA HEARD REALTY,
THE INTER-TRIBAL COUNCIL OF CALIFORNIA, INC,
KEM KANTOR, ESTATE OF ELTON KANTOR, STATE OF
CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,
STATE FARMERS INSURANCE COMPANY INSURED
SHARON BERTOTTI, ET AL., DOES 1-100.
_____/

Case: C 07-06376 SBA (PR)

NOTICE OF APPEAL AND
STATEMENT OF ISSUES
ON APPEAL

TO: THE HONORABLE JUSTICES OF THE ABOVE-ENTITLED COURT

    1)    NOTICE IS HEREBY GIVEN to the above-named defendants, appellant does hereby appeal to the **IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** from the final judgment(s) rendered in this same action on May 30, 2008 on the above related matters before the court.

    2)    This appeal will be based on all, but not limited to, all of plaintiffs/appellants

complaints since 1994, supporting reports, documents, records, memorandum of points and authorities, declarations, and sworn testimonies of all associated proceedings, Internet claims posted at **http://kinispolarbear.bravehost.com** and matter presented to the court.

3)    The grounds and issues in this appeal will include, but not limited to, **Failure To Award and Filing Fees paid to the United States Court of Appeals For The Ninth Circuit on or about February 19, 2004,** and defendants inactions and actions for:

    a.    Authorizations of the Grand Theft Larceny of an One-Hundred Thousand Dollar ($100k) rightfully inherited estate fund granted to plaintiff by a descendant.

    b.    *Ordering the same completed in forma pauperis application year after year while knowing no improvement in financial status has changed for plaintiff.* Taking of filing fees by **THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT Case No. 04-70711   Cosma-Nelms v. USDC-CES (2004)** for which services consisted of sending plaintiff xeroxed copies of case dismissals.

    c.    Encouraging the wrongful death, great irreparable harm, bodily injury, and/or permanent disability through the use of psychological warfare and gross neglect of plaintiff.

    d.    Allowing the abuse and providing confidential medical information to defendants that they then exploited for the purposes of excessive force, excessive punishment, and excessive sanctions to beat her into submission and leaving her to experience violence.

    e.    Engaging in criminal activity for the purpose of eroding the human rights of plaintiff based on internationally accepted standards for clinical assessment

of torture claims, to bring about long-lasting pain, terror, humiliation, and shame for years on end.

f.  Prolonging isolation as a form of sensory deprivation to plaintiff by denying plaintiff meaningful access to the courts in the State of California.

g.  Encouraging the deliberate suspension of her California driver's license purposes of extreme hardship, and to stifle, frustrate, deprive and deny her medical care on a timely basis for the unnecessary purpose of time consuming control. And, to deliberately deprive plaintiff of her livelihood for earning a legitimate income to make her vulnerable so that she will become dependent on and have to service American men for defendant's monetary gain of paid research to experiment with curative rape to force plaintiff into becoming a heterosexual member in society.

h.  Using plaintiff as a victim for sexual humiliation to cause the most traumatic experience against humanity and other mass human rights violations and discriminations for the purpose of eroding all of her rights in the name of national security.

i.  Using plaintiff as an instrument in human trafficking for the acquisition of people by improper means such as force, fraud or deception, with the aim of exploiting her and forced labor.

j.  Encouraging the use of other courts in the United States as a forum to engage in illegal irregularities and inconsistencies by the State California courts resulting in, *inter alia,* the improper termination of defendant's citizenship and residency of California and other states plaintiff has and may be forced to use as asylum.

k.  Omitting to enforce due diligence and positive anti-discrimination

measures against violence and discrimination.

l.  Invoking criminal propensities to confine intellectual thought to a vegetative state, deprive plaintiff of her health, and to encourage hopelessness, hostility and induced suicide.

m.  Abuse of power and discretion of defendants to menace, alarm and provoke malicious mischief.

n.  Charging plaintiff a filing fee to prosecute a $100k Grand Theft Larceny by attorney generals not ordinarily ordered for citizens of the United States.

o.  Encouraging Internet fraud and cyberspace-bullying to frustrate, deprive and disenfranchise plaintiff who sought gainful employment for home-based businesses by using despair and creating an extremely toxic environments.

p.  Provoking incredible outrage to plaintiff forcing her to focus on and reveal the extent of human rights violated resulting in Internet accounts being terminated and/or suspended.

Dated:  June 30, 2008                    _____
                                          Kini Cosma-Nelms, plaintiff

Kini Cosma
P.O. Box 7643
Klamath Falls, OR 97602
(541) 273-1417
http://kinispolarbear.bravehost.com

IN THE UNITED STATES COURT
NORTHERN DISTRICT OF CALIFORNIA

Kini Nelms (aka Cosma-Nelms)  
      Plaintiff,

v.

STATE OF CA, et al,

      Defendant(s)
_____/

Case Number: CV07-06376 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am the plaintiff and a party to this action.

That on June 30, 2008, I SERVED a true and correct copy of the attached, by placing said copy(ies) in a postage paid envelope addressed to this court hereinafter listed, by depositing said envelope in the U.S. Mail, located a delivery postal service authorized to do business in Klamath Falls, Oregon and hereinafter posted on the internet at http://kinispolarbear.bravehost.com

Clerk of the California Northern District Court
Oakland Divisional Office
Ronald V. Dellums Federal Building
Suite 400s
1301 Clay Street
Oakland, CA 94612-5217

Clerk of the United States Northern District
of California
San Francisco Division
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

Dated: June 30, 2008

_____
Kini Cosma, Plaintiff