Kini Cosand-Delhis
P.O. Box 7643
Klamath Falls, OR 97602

Clerk of the California
Northern District
Oakland Divisional Office
Ronald V. Dellums Federal Building, Suite 400s
1301 Clay Street
Oakland, CA  94612-5217


