## UNITED STATES DISTRICT COURT
### Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 7, 2008

Kini Cosma

SUBJECT:   Request for Payment of Docket Fee

Title: **KINI COSMA-NELMS -v- STATE OF CA**
Case Number:   **CV 07-06376 SBA**
Court of Appeals Number:   N/A

A notice of appeal was filed with this Court on 7/3/2008 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Kelly Collins*
**Case Systems Administrator**

cc: U.S. Court of Appeals