| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 08 2008 |
| | MOLLY C. DWYER, CLERK OF COURT<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| KINI COSMA-NELMS, AKA Kini Nelms,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE OF CALIFORNIA; RONALD T.L. YOUNG, Judge; RANDY BOWINAN, Police Sergeant; CITY OF NAPA; CITY OF SUSANVILLE COUNTY OF NAPA; COUNTY OF LASSEN; ELTON KANTOR; KEM KANTOR,<br><br>        Defendants - Appellees. | No.  08-16561<br>D.C. No.  4:07-cv-06376-SBA<br>Northern District of California, Oakland<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., August 18, 2008**    Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal.  9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the**

**appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

                        FOR THE COURT:

                        Molly C. Dwyer
                        Clerk of Court

                        Gerald Rosen
                        Deputy Clerk