UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 09 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| KINI COSMA-NELMS, AKA Kini Nelms,<br><br>        Plaintiff - Appellant,<br><br> V.<br><br>STATE OF CALIFORNIA; RONALD T.L. YOUNG, Judge; RANDY BOWINAN, Police Sergeant; CITY OF NAPA; CITY OF SUSANVILLE COUNTY OF NAPA; COUNTY OF LASSEN; ELTON KANTOR; KEM KANTOR,<br><br>        Defendants - Appellees. | No.  08-16561<br>D.C. No.  4:07-cv-06376-SBA<br>Northern District of California, Oakland<br><br>**MANDATE** |

    The judgment of this Court, entered 8/13/08, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk