**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

September 12, 2008

CASE NUMBER:  **CV 07-06376 SBA(PR)**
CASE TITLE:   **KINI COSMA-NELMS-v- STATE OF CA**
DATE MANDATE FILED:  09/09/2008

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: _/s/ Jessie Mosley_____
    Jessie Mosley
    Case Systems Administrator

Distribution: CIVIL    -    Counsel of Record

             CRIMINAL -  Counsel of Record
                           U.S. Marshal (Copy of Mandate)
                           U.S. Probation Office

NDC App-16